TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR RECONSIDERATION EN BANC








NO. 03-06-00600-CV






Williamson County, Honorable Dan A. Gattis, Honorable Suzanne Brooks, 

Honorable Tim Wright, Honorable Donald Higginbotham,

and Honorable William Thomas Eastes, in their official capacities, Appellants


v.


Kerry Heckman, Monica Maisenbacher, Sylvia Peterson, Tammy Newberry,

Elveda Vieira, and Jessica Stempko, on behalf of themselves

and all other persons similarly situated, Appellees






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 06-453-C277, HONORABLE JOSEPH H. HART, JUDGE PRESIDING





O R D E R

PER CURIAM


 The appellees have filed a motion for reconsideration en banc. The motion is
overruled.

 It is ordered July 16, 2010. 


 



Before Chief Justice Jones, Justices Patterson, Puryear, Pemberton, Waldrop and Henson;

 Dissenting Opinion by Justice Patterson;

 Justice Henson not participating